United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA, <br><br>　　　　　Plaintiff, <br><br>　　v. <br><br> ORTIZ, <br><br>　　　　　Defendant. | Case No. 00-cr-20277-SVK-1 <br><br> **ORDER REGARDING BRIEFING SCHEDULE FOR PETITION FOR WRIT OF CORAM NOBIS** <br><br> Re: Dkt. No. 16 |

Pending before the Court is Defendant Catalino Ortiz's petition for a writ of error coram nobis. Dkt. 16. No briefing schedule has been set for this petition.

Accordingly, the Court **ORDERS** the parties to meet and confer on a briefing schedule for Defendant's petition and submit a proposed schedule by **February 11, 2020.** The briefing schedule may not exceed ninety (90) days. If the parties are unable to come to an agreement on the schedule, they are to submit a notice of their dispute by **February 11, 2020** setting forth each side's proposal and the Court will set the schedule. After receiving the briefs, the Court will set a hearing if necessary.

**SO ORDERED.**

Dated: February 4, 2020

_Susan van Keulen_
SUSAN VAN KEULEN
United States Magistrate Judge